# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No.: **3:05-CR-105** |
| ) | (VARLAN / GUYTON) |
| MALIK D. HARDIN, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF CONTINUANCE FOR MOTION DEADLINES

Upon motion of the Defendant, Malik D. Hardin, and by agreement of counsel, it is hereby ORDERED that the Order on Discovery and Scheduling in this matter, which was filed on September 12, 2005, be modified to reflect 1) that all motions shall be filed in this case no later than **October 13, 2005**, and 2) that all responses to said motions will be due on **October 27, 2005**.

All other matters referenced in the Order on Discovery and Scheduling shall remain unchanged, including the pretrial conference scheduled on November 8, 2005, before Magistrate Judge H. Bruce Guyton at 9:30 am.

**ENTERED** this _____ day of October, 2005.

                                            s/ H. Bruce Guyton
                                       United States Magistrate Judge

                                   H. Bruce Guyton, United States Magistrate Judge

APPROVED FOR ENTRY:


s/David C. Jennings (with permission by Norman D. McKellar)
DAVID C. JENNINGS, BPR # 006180
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167



s/Norman D. McKellar
NORMAN D. McKELLAR, BPR # 022186
Attorney for Malik D. Hardin
9724 Kingston Pike, Suite 208
Knoxville, TN 37922
(865) 566-0125

2
Case 3:05-cr-00105-TAV-HBG   Document 10   Filed 10/06/05   Page 2 of 2   PageID #: 2