IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-105 |
| | ) | (VARLAN/GUYTON) |
| MALIK DEWAYNE HARDIN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

The defendant moves for Leave To File A Motion Seeking The Identity Of An Informant [Doc. 22]. The government does not oppose. Therefore, the Motion For Leave [Doc. 22] is **GRANTED**, and the defendant's Motion To Reveal Identity of Informant [Doc. 22-3] is deemed filed and will be considered by the Court.

**IT IS SO ORDERED.**

              **ENTER:**

                s/ H. Bruce Guyton
                United States Magistrate Judge