IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-105 |
| | ) | (VARLAN/GUYTON) |
| MALIK DEWAYNE HARDIN, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on defendant's Notice of Withdrawal of Defendant's Motion To Continue Trial Date [Doc. 42].

For good cause shown, defendant's Notice Of Withdrawal Of Defendant's Motion To Continue Trial Date [Doc. 42] is **GRANTED** and the Defendant's Motion To Continue Trial Date [Doc. 40] is **WITHDRAWN**.

**IT IS SO ORDERED.**

                                                    **ENTER:**

                                                     s/ H. Bruce Guyton
                                           United States Magistrate Judge